IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARLIN SMITH,

    Plaintiff,

v.                                                       CV 12-629 WPL/LFG

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

    Defendants.

## ORDER TO SHOW CAUSE

This case was filed on June 11, 2012. (Doc. 1.) Summons were returned executed on June 14, 2012, indicating that an answer was due on July 5, 2012. (Doc. 4.) Nothing has been filed since. Under the rules of this Court, a "civil action may be dismissed if, for a period of ninety (90) calendar days, no steps are taken to move the case forward." D.N.M.LR-Civ. 41.1.

IT IS THEREFORE ORDERED that this case will be dismissed without prejudice unless, within **thirty (30) days of the date of this order**, good cause is shown for failing to move the case forward.

IT IS SO ORDERED.

                                                                                         _____
                                                                                         William P. Lynch
                                                                                         United States Magistrate Judge