IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARLIN SMITH

        Plaintiff,

v.                                       No. CV-12-00629-WPL/LFG

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.

## NOTICE OF DISMISSAL

        Plaintiff Marlin Smith hereby dismisses this action, with prejudice, pursuant to FRCP 41(a)(1)(A)(i). Each party shall bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Charles Parnall*
Feferman & Warren, Attorneys for Plaintiff
Charles Parnall
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773 phone
(505) 243-6663 fax